UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 10-CR-20705

FATIMA TOUFAILI,

    Defendant.
_____/

## ORDER DENYING AS MOOT DEFENDANT TOUFAILI'S MOTION FOR NOTICE REGARDING 404(B) OR "RES GESTAE" EVIDENCE

Before the court is a motion filed, through counsel, by Defendant Fatima Toufaili. The motion requests that the Government provide notice and additional details regarding whether it intends to seek admission of evidence at trial under Federal Rule of Criminal Procedure 404(b). In responding to the motion, the Government has provided the notice and specificity requested by Defendant. Accordingly,

IT IS ORDERED that Defendant Toufaili's motion for notice regarding 404(b) or "res gestae" evidence [Dkt. # 41] is DENIED AS MOOT.

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: February 24, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 24, 2011, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522