UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                       Case No. 10-20705-01

v.

                                            Hon. Robert H. Cleland

FATIMA TOUFAILI,

        Defendant.
                                    /

**ORDER GRANTING REQUEST FOR CONTACT VISIT**

      Defendant Fatima Toufaili has requested that a contact visit be permitted between her and her minor children, and a date and time to be determined by the Sanilac County Sheriff and the U.S. Marshal. The date, time, duration and conditions of the visit will be at the discretion of the Sheriff and the U.S. Marshal and subject to modification and/or cancellation in response to a security assessment. The government does not take a position on this request, now, therefore:

      IT IS ORDERED that the request is granted, and the Sanilac County Sheriff is permitted to arrange a contact visit between Fatima Toufaili and her three minor children, Hussein Darwich, Nichole Darwich, and Carol Darwich, with her mother Afaf Toufaili, at a time and date to be determined by the Sheriff and the U.S. Marshal, subject to modification and/or cancellation in response to a security assessment.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: June 5, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 5, 2012, by electronic and/or ordinary mail.

        S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522